tody for all medical decisions affecting the parties' minor children to Janell Bisson (Mother). On appeal, Father argues the trial court erred in (1) rejecting provisions in the parties' Joint Parenting Plan that provided for joint legal custody for medical decisions and (2) instead granting sole legal custody for all such decisions to Mother. We disagree and affirm the trial court's judgment granting sole legal custody for all medical decisions to Mother. Rule 84.16(b).

ing testimony about his prior military service and post-traumatic stress disorder. Upon review of the briefs and the record, we find no error and affirm the judgment. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would serve no jurisprudential purpose.

AFFIRMED. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Lewis E. FORD, Appellant.**

**WD 80096**

Missouri Court of Appeals,
Western District.

Filed: December 26, 2017

Philip F. Cardarella, Kansas City, Kyle L. Kanable, Springfield for appellant.

Karen L. Kramer, Jefferson City for respondent.

Before Division Three: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Alok Ahuja, Judges

ORDER

Per Curiam

Lewis Ford appeals from his conviction for second degree domestic assault. He contends the circuit court erred in exclud-

**David C. RECHTIEN and Christine A. Rechtien, et al., Respondents,**

v.

**Michael C. COOPER, Appellant.**

**WD 80079**

Missouri Court of Appeals,
Western District.

Filed: December 26, 2017

Thomas M. Schneider, Columbia; Lawrence F. Gepford, Jr., Independence; and Dan C. Sanders, Leawood, KS for appellant.

Timothy R. Gerding, Columbia for respondents.

Before Division Three: Alok Ahuja, P.J., and Thomas H. Newton and Cynthia L. Martin, JJ.